FILED
12/15/17 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 16-20517 GLT |
| Timothy R. Jennings and Naomi F. Jennings, | Chapter 13 |
| | Motion No. WO-2 |
| Debtors. | |
| | Related to Docket No. 50 |
| Naomi F. Jennings, | |
| Movant, | |
| vs. | |
| Lady Luck Casino and Ronda J. Winnecour, | |
| Respondents. | |

D #1 SSN: xxx-xx-6347

## ORDER TERMINATING WAGE ATTACHMENT

The above-named Debtor, Naomi F. Jennings, filed a motion to terminate her wage attachment.

IT IS, THEREFORE, ORDERED that Debtor's wage attachment through _ is hereby terminated.

DATED this _15th Day of December,           , 2017.

Prepared by Daniel R. White, Esq.

_____
U. S. BANKRUPTCY JUDGE

cc:   Debtor: Naomi F. Jennings
      Attorney for Debtor: Daniel R. White, P.O. Box 2123, Uniontown, PA 15401
      Office of the Standing Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                           Case No. 16-20517-GLT
Timothy R. Jennings                                              Chapter 13
Naomi F. Jennings
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: mgut              Page 1 of 1          Date Rcvd: Dec 15, 2017
                               Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2017.
db/jdb         +Timothy R. Jennings,    Naomi F. Jennings,    162 North 10th Street,
                Connellsville, PA 15425-2411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2017 at the address(es) listed below:
              Daniel R. White    on behalf of Joint Debtor Naomi F. Jennings dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Timothy R. Jennings dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Joseph A. Dessoye    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
               jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8