File No.: 10930

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Naomi F. Jennings, | : | Case No.  16-20517 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. 22 |

## CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtor, certify that on December 18, 2017, I served a copy of the Court's March 14, 2016, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Excela Health, Attn: Payroll Manager, 443 West Pittsburgh Street, Suite 1, Greensburg, PA 15601.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: December 18, 2017

                                              ZEBLEY MEHALOV & WHITE, P.C.
                                              BY

                                              /s/ Daniel R. White
                                                  Daniel R. White
                                                  PA I.D. No. 78718
                                                  P.O. Box 2123
                                                  Uniontown, PA 15401
                                                  724-439-9200
                                                  Email: dwhite@Zeblaw.com
                                                  Attorneys for Debtors