**Form 213**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Timothy R. Jennings**
**Naomi F. Jennings**
   Debtor(s)

Bankruptcy Case No.: 16–20517–GLT
Related to Docket No. 66
Chapter: 13
Docket No.: 67
Concil. Conf.: November 14, 2019 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **September 27, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **October 15, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **November 14, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 13, 2019

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-20517-GLT
Timothy R. Jennings                                                   Chapter 13
Naomi F. Jennings
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2              Date Rcvd: Aug 13, 2019
                              Form ID: 213            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
```
db/jdb         +Timothy R. Jennings,    Naomi F. Jennings,    162 North 10th Street,
                 Connellsville, PA 15425-2411
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
14179112        AHN Emergency Group of Fayette County,     P.O. Box 14000,    Belfast, ME 04915-4033
14179114        CBCS,    P.O. Box 2724,   Columbus, OH 43216-2724
14179115       +CCSI,    P.O. Box 34119,   Memphis, TN 38184-0119
14179117      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,     200 Civic Center Drive--11th Floor,
                 Columbus, OH 43215)
14179113       +Capital One Auto Finance,    9441 LBJ Freeway--Suite 350,     Dallas, TX 75243-4545
14179116        Citifinancial,    Bankruptcy Department,    P.O. Box 140069,    Irving, TX 75014-0069
14179120      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV,     P.O. Box 78626,    Phoenix, AZ 85062-8626)
14179119       +Debt Recovery Solutions, LLC,     P.O. Box 9004,   Westbury, NY 11590-9004
14179122        Elizur Corporation,    9800 A McKnight Road,    Pittsburgh, PA 15237-6003
14179146        Frank A. Yarussi, M.D. & Associates,     P.O. Box 308,    Presto, PA 15142-0308
14179124       +Highlands Hospital,    401 East Murphy Avenue,    Connellsville, PA 15425-2700
14179125       +Home Depot,    P.O. Box 790328,    Saint Louis, MO 63179-0328
14179126       +IC System, Inc.,    444 Highway 96 East,    P.O. Box 64378,    Saint Paul, MN 55164-0378
14179127       +Laurel Physiatry, Inc.,    159 B Morgantown Street,    Uniontown, PA 15401-4250
14179128       +McCabe, Weisberg & Conway,    123 South Broad Street--Suite 1400,     Philadelphia, PA 19109-1060
14179131        Northland Group, Inc.,    P.O. Box 129,    Thorofare, NJ 08086-0129
14179132        Orthopedic & Sports PT Associates,     Professional Plaza--Suite 107,    625 Lincoln Avenue,
                 North Charleroi, PA 15022-2451
14179133        Peerless Credit Services, Inc.,     P.O. Box 518,   Middletown, PA 17057-0518
14179134        Penn Credit,    916 South 14th Street,    P.O. Box 988,   Harrisburg, PA 17108-0988
14255202       +Pinnacle Credit Services, LLC its successors and,     assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,     Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14179139        Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
14179140       +Velocity Investments. LLC,    1800 Route 34N, Suite 404A,     Wall, NJ 07719-9147
14179145       +Westmoreland Hospital,    532 West Pittsburgh Street,    Greensburg, PA 15601-2282
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 14 2019 02:50:18
                 Capital One Auto Finance c/o Ascension Capital Gro,    c/o AIS Portfolio Services, LP,
                 4515 N. Santa Fe Ave.,    Dept. APS,   Oklahoma City, OK 73118-7901
14179111       +E-mail/Text: holly.tylka@advanceddisposal.com Aug 14 2019 02:58:49     Advanced Disposal,
                 P.O. Box 266,    1184 McClellandtown Road,   McClellandtown, PA 15458-1118
14212399       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 14 2019 02:51:44
                 Capital One Auto Finance,    c/o AIS Portfolio Services, LP f/k/a AIS,
                 4515 N. Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14179118       +E-mail/Text: bdsupport@creditmanagementcompany.com Aug 14 2019 02:58:59
                 Credit Management Company,    2121 Noblestown Road,   P.O. Box 16346,
                 Pittsburgh, PA 15242-0346
14257697        E-mail/Text: bankruptcy.bnc@ditech.com Aug 14 2019 02:58:18     Ditech Financial LLC,
                 F/K/A Green Tree Servicing LLC,    PO Box 6154,   Rapid City, SD 57709-6154
14179121        E-mail/Text: bankruptcy.bnc@ditech.com Aug 14 2019 02:58:18     Ditech Financial, LLC,
                 Ditech Bankruptcy Department,    P.O. Box 6154,   Rapid City, SD 57709-6154
14179123        E-mail/Text: bankruptcies@escallate.com Aug 14 2019 02:57:32     Escallate, LLC,
                 P.O. Box 630906,    Cincinnati, OH 45263-0906
14179129       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2019 02:58:38     Midland Credit Management,
                 8875 Aero Drive--Suite 200,    San Diego, CA 92123-2255
14179130       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2019 02:58:38     Midland Funding,
                 2365 Northside Drive--Suite 30,    San Diego, CA 92108-2709
14195060        E-mail/PDF: cbp@onemainfinancial.com Aug 14 2019 02:51:35     One Main Financial,
                 P.O. Box 140489,    Irving, TX 75014-0489
14179136        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2019 03:15:46
                 Portfolio Recovery,    120 Corporate Boulevard--Suite 1,    Norfolk, VA 23502
14179135       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2019 02:51:48
                 Pinnacle Credit Service,    P.O. Box 640,   Hopkins, MN 55343-0640
14179137       +E-mail/Text: bankruptcy@rentacenter.com Aug 14 2019 02:59:20     Rent-a-Center,
                 207 Wal Mart Drive,    Uniontown, PA 15401-8423
14179141       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 14 2019 02:57:28
                 Verizon,    Attn: Bankruptcy,    500 Technology Drive,   Weldon Spring, MO 63304-2225
14179142        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 14 2019 02:57:29
                 Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,   Bloomington, IL 61702-3397
14179143        E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 02:50:54     Walmart/Synchrony Bank,
                 Attn: Bankruptcy Department,    P.O. Box 965060,   Orlando, FL 32896-5060
14179144       +E-mail/Text: bankruptcy@firstenergycorp.com Aug 14 2019 02:58:44     West Penn Power,
                 Customer Service Center,    P.O. Box 1392,   Fairmont, WV 26555-1392
14215282       +E-mail/Text: bankruptcy@firstenergycorp.com Aug 14 2019 02:58:44     West Penn Power,
                 5001 NASA Blvd,   Fairmont WV 26554-8248
```

```
District/off: 0315-2          User: dbas                 Page 2 of 2                 Date Rcvd: Aug 13, 2019
                              Form ID: 213               Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                                 TOTAL: 18
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Capital One Auto Finance
cr              Ditech Financial LLC
14211283*      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court:   Columbia Gas of PA,    P.O. Box 117,    Columbus, OH 43216)
14212442       ##+Porania LLC,    P. O. Box 11405,    Memphis TN 38111-0405
14179138       ##+Stephens & Michaels Associates, Inc.,    7 Stiles Road,    Salem, NH 03079-4848
                                                                                       TOTALS: 2, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2019 at the address(es) listed below:
```
              Daniel R. White    on behalf of Joint Debtor Naomi F. Jennings zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Timothy R. Jennings zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James    Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Joseph A. Dessoye    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
               jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                  TOTAL: 8
```