**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Timothy R. Jennings**
**Naomi F. Jennings**
   Debtor(s)

Bankruptcy Case No.: 16−20517−GLT
Related to Docket No. 83
Chapter: 13
Docket No.: 84 − 83
Concil. Conf.: January 21, 2021 at 11:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **January 1, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **January 16, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **January 21, 2021** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 18, 2020

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Timothy R. Jennings  
Naomi F. Jennings  
    Debtor(s)

Case No. 16-20517-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dbas      Page 1 of 3  
Date Rcvd: Nov 18, 2020      Form ID: 213      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy R. Jennings, Naomi F. Jennings, 162 North 10th Street, Connellsville, PA 15425-2411 |
| cr | + | Ditech Financial LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Shellpoint Mortgage Servicing, P.O. Box 10826, GREENVILLE, SC 29603-0826 |
| 14179112 | | AHN Emergency Group of Fayette County, P.O. Box 14000, Belfast, ME 04915-4033 |
| 14179111 | + | Advanced Disposal, P.O. Box 266, 1184 McClellandtown Road, McClellandtown, PA 15458-1118 |
| 14179114 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14179115 | + | CCSI, P.O. Box 34119, Memphis, TN 38184-0119 |
| 14179117 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, 200 Civic Center Drive--11th Floor, Columbus, OH 43215 |
| 14179113 | + | Capital One Auto Finance, 9441 LBJ Freeway--Suite 350, Dallas, TX 75243-4545 |
| 14179116 | | Citifinancial, Bankruptcy Department, P.O. Box 140069, Irving, TX 75014-0069 |
| 14179119 | + | Debt Recovery Solutions, LLC, P.O. Box 9004, Westbury, NY 11590-9004 |
| 14257697 | | Ditech Financial LLC, F/K/A Green Tree Servicing LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14179121 | | Ditech Financial, LLC, Ditech Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14179122 | | Elizur Corporation, 9800 A McKnight Road, Pittsburgh, PA 15237-6003 |
| 14179123 | | Escallate, LLC, P.O. Box 630906, Cincinnati, OH 45263-0906 |
| 14179124 | + | Highlands Hospital, 401 East Murphy Avenue, Connellsville, PA 15425-2700 |
| 14179125 | + | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14179126 | + | IC System, Inc., 444 Highway 96 East, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14179127 | + | Laurel Physiatry, Inc., 159 B Morgantown Street, Uniontown, PA 15401-4228 |
| 14179128 | + | McCabe, Weisberg & Conway, 123 South Broad Street--Suite 1400, Philadelphia, PA 19109-1060 |
| 15171997 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14179131 | | Northland Group, Inc., P.O. Box 129, Thorofare, NJ 08086-0129 |
| 14179132 | | Orthopedic & Sports PT Associates, Professional Plaza--Suite 107, 625 Lincoln Avenue, North Charleroi, PA 15022-2451 |
| 14179133 | | Peerless Credit Services, Inc., P.O. Box 518, Middletown, PA 17057-0518 |
| 14179134 | | Penn Credit, 916 South 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14179138 | + | Stephens & Michaels Associates, Inc., 7 Stiles Road, Salem, NH 03079-4848 |
| 14179139 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 14179140 | + | Velocity Investments. LLC, 1800 Route 34N, Suite 404A, Wall, NJ 07719-9147 |
| 14179145 | + | Westmoreland Hospital, 532 West Pittsburgh Street, Greensburg, PA 15601-2282 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 19 2020 02:57:42 | Capital One Auto Finance c/o Ascension Capital Gro, c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 14212399 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 19 2020 02:59:05 | Capital One Auto Finance, c/o AIS Portfolio Services, LP f/k/a AIS, 4515 N. Santa Fe Ave. |

Case 16-20517-GLT    Doc 85    Filed 11/20/20    Entered 11/21/20 00:39:46    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: dbas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: 213 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Dept. APS, Oklahoma City, OK 73118-7901 |
| 14179118 | + | Email/Text: bdsupport@creditmanagementcompany.com Nov 19 2020 02:46:00 | | Credit Management Company, 2121 Noblestown Road, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14179120 | | Email/Text: G06041@att.com Nov 19 2020 02:46:00 | | Direct TV, P.O. Box 78626, Phoenix, AZ 85062-8626 |
| 14179129 | + | Email/Text: bankruptcydpt@mcmcg.com Nov 19 2020 02:46:00 | | Midland Credit Management, 8875 Aero Drive--Suite 200, San Diego, CA 92123-2255 |
| 14179130 | + | Email/Text: bankruptcydpt@mcmcg.com Nov 19 2020 02:46:00 | | Midland Funding, 2365 Northside Drive--Suite 30, San Diego, CA 92108-2709 |
| 14195060 | | Email/PDF: cbp@onemainfinancial.com Nov 19 2020 02:58:56 | | One Main Financial, P.O. Box 140489, Irving, TX 75014-0489 |
| 14179136 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 19 2020 02:57:37 | | Portfolio Recovery, 120 Corporate Boulevard--Suite 1, Norfolk, VA 23502 |
| 14179135 | + | Email/PDF: resurgentbknotifications@resurgent.com Nov 19 2020 02:57:38 | | Pinnacle Credit Service, P.O. Box 640, Hopkins, MN 55343-0640 |
| 14255202 | + | Email/PDF: resurgentbknotifications@resurgent.com Nov 19 2020 02:57:38 | | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14179137 | + | Email/Text: bankruptcy@rentacenter.com Nov 19 2020 02:47:00 | | Rent-a-Center, 207 Wal Mart Drive, Uniontown, PA 15401-8423 |
| 14179141 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 19 2020 02:43:00 | | Verizon, Attn: Bankruptcy, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 14179142 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 19 2020 02:43:00 | | Verizon Wireless Bankruptcy Admin., P.O. Box 3397, Bloomington, IL 61702-3397 |
| 14179143 | | Email/PDF: gecsedi@recoverycorp.com Nov 19 2020 02:58:55 | | Walmart/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14179144 | + | Email/Text: bankruptcy@firstenergycorp.com Nov 19 2020 02:46:00 | | West Penn Power, Customer Service Center, P.O. Box 1392, Fairmont, WV 26555-1392 |
| 14215282 | + | Email/Text: bankruptcy@firstenergycorp.com Nov 19 2020 02:46:00 | | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Capital One Auto Finance |
| cr | | Ditech Financial LLC |
| 14211283 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of PA, P.O. Box 117, Columbus, OH 43216 |
| 14179146 | ## | Frank A. Yarussi, M.D. & Associates, P.O. Box 308, Presto, PA 15142-0308 |
| 14212442 | ##+ | Porania LLC, P. O. Box 11405, Memphis TN 38111-0405 |

TOTAL: 2 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: dbas | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: 213 | Total Noticed: 45 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
                  on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Daniel R. White
                  on behalf of Joint Debtor Naomi F. Jennings zmwchapter13@gmail.com
                  gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

Daniel R. White
                  on behalf of Debtor Timothy R. Jennings zmwchapter13@gmail.com
                  gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

Joseph A. Dessoye
                  on behalf of Creditor Ditech Financial LLC pawb@fedphe.com

Joshua I. Goldman
                  on behalf of Creditor Ditech Financial LLC jgoldman@kmllawgroup.com
                  kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Joshua I. Goldman
                  on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com
                  kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Laurence A. Mester
                  on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com  jschwartz@mesterschwartz.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

TOTAL: 9