# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

12/09/2020

IN RE:

TIMOTHY R. JENNINGS | Case No.16-20517 GLT
NAOMI F. JENNINGS
162 NORTH 10TH STREET | Chapter 13
CONNELLSVILLE,  PA  15425
XXX-XX-4288          Debtor(s)

XXX-XX-6347

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/9/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **CAPITAL ONE AUTO FINANCE**** | Trustee Claim Number:1   INT %: 5.25% | | CRED DESC: VEHICLE |
| C/O AIS PORTFOLIO SERVICES LP | Court Claim Number:2 | | ACCOUNT NO.: 6836 |
| PO BOX 4360 | | | |
| | CLAIM: 16,171.85 | | |
| HOUSTON, TX 77210-4360 | COMMENT: $/CL-PL@5.25%MDF/PL | | |

| | | | |
|---|---|---|---|
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S** | Trustee Claim Number:2   INT %: 0.00% | | CRED DESC: MORTGAGE REGULAR PAYMEI |
| C/O SHELLPOINT MORTGAGE SVCNG | Court Claim Number:6 | | ACCOUNT NO.: 4324 |
| PO BOX 10826 | | | |
| | CLAIM: 0.00 | | |
| GREENVILLE, SC 29603-0826 | COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 3/16*FR DITECH-DOC 75 | | |

| | | | |
|---|---|---|---|
| **RENT A CENTER INC** | Trustee Claim Number:3   INT %: 6.00% | | CRED DESC: SECURED CREDITOR |
| 207 WALMART DR | Court Claim Number: | | ACCOUNT NO.: 1929 |
| | CLAIM: 698.23 | | |
| UNIONTOWN, PA 15401 | COMMENT: AAW21929*$@6%MDF/PL*PRO RATA*DK | | |

| | | | |
|---|---|---|---|
| **MCCABE WEISBERG & CONWAY PC** | Trustee Claim Number:4   INT %: 0.00% | | CRED DESC: NOTICE ONLY |
| 1ST UNION BLDG | Court Claim Number: | | ACCOUNT NO.: |
| 123 S BROAD ST STE 1400 | | | |
| | CLAIM: 0.00 | | |
| PHILADELPHIA, PA 19109 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **ADVANCED DISPOSAL** | Trustee Claim Number:5   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| 1184 MCCLELLANDTOWN RD | Court Claim Number: | | ACCOUNT NO.: 0448 |
| | CLAIM: 0.00 | | |
| MCCLELLANDTOWN, PA 15458 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **AHN EMERGENCY GROUP OF FAYETTE COUNT** | Trustee Claim Number:6   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| 401 EAST MURPHY AVE | Court Claim Number: | | ACCOUNT NO.: 6385 |
| | CLAIM: 0.00 | | |
| CONNELLSVILLE, PA 15425 | COMMENT: NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **COLUMBIA GAS OF PA INC(*)** | Trustee Claim Number:7   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| PO BOX 117 | Court Claim Number:1 | | ACCOUNT NO.: 0093 |
| | CLAIM: 2,837.64 | | |
| COLUMBUS, OH 48216-0117 | COMMENT: 0003/SCH | | |

| | | | |
|---|---|---|---|
| **DIRECTV (*) - TRUSTEE PAYMENTS** | Trustee Claim Number:8   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| PO BOX 5008 | Court Claim Number: | | ACCOUNT NO.: 8001 |
| | CLAIM: 0.00 | | |
| CAROL STREAM, IL 60197-5008 | COMMENT: NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **ELIZUR CORP** | Trustee Claim Number:9   INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| 9800B MCKNIGHT RD | Court Claim Number: | | ACCOUNT NO.: 9138 |
| | CLAIM: 0.00 | | |
| PITTSBURGH, PA 15237 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **HIGHLANDS HOSPITAL & HEALTH CT** | Trustee Claim Number:10 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| 401 E MURPHY AVE | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| CONNELLSVILLE, PA 15425 | COMMENT: | | |

CLAIM RECORDS

| | | |
|---|---|---|
| **GE CAPITAL/HOME DEPOT++** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 103104 | Court Claim Number: | ACCOUNT NO.:  6099 |
| | CLAIM:  0.00 | |
| ROSWELL, GA  30076 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **LAUREL PSYCHIATRY++** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 159 B MORGANTOWN ST | Court Claim Number: | ACCOUNT NO.:  A000 |
| | CLAIM:  0.00 | |
| UNIONTOWN, PA  15401 | COMMENT: | |

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL(*)** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 3251 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| EVANSVILLE, IN  47731-3251 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **ORTHOPEDIC & SPORTS PT ASSOCIATES** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PROFESSIONAL PLAZA STE 107 | Court Claim Number: | ACCOUNT NO.:  6589 |
| 625 LINCOLN AVE | | |
| | CLAIM:  0.00 | |
| CHARLEROI, PA  15022 | COMMENT: | |

| | | |
|---|---|---|
| **UNIONTOWN HOSPITAL** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 500 W BERKELEY ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| UNIONTOWN, PA  15401 | COMMENT: | |

| | | |
|---|---|---|
| **VELOCITY INVESTMENTS LLC** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1800 RT 34N BLDG 4 S404A | Court Claim Number: | ACCOUNT NO.:  15CV |
| | CLAIM:  0.00 | |
| WALL, NJ  07719 | COMMENT:  JDGMNT/SCH | |

| | | |
|---|---|---|
| **PORANIA LLC** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O TYTECA LLC | Court Claim Number:3 | ACCOUNT NO.:  5504 |
| PO BOX 35183 | | |
| | CLAIM:  265.75 | |
| SEATTLE, WA  98124-5183 | COMMENT:  VERIZON | |

| | | |
|---|---|---|
| **VERIZON++** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 500 TECHNOLOGY DR STE 30 | Court Claim Number: | ACCOUNT NO.:  1422 |
| | CLAIM:  0.00 | |
| WELDON SPRING, MO  63304 | COMMENT: | |

| | | |
|---|---|---|
| **PINNACLE CREDIT SERVICES LLC - ASSIGNEE** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SERVICES | Court Claim Number:5 | ACCOUNT NO.:  0001 |
| PO BOX 10587 | | |
| | CLAIM:  1,117.04 | |
| GREENVILLE, SC  29603-0368 | COMMENT:  CELLCO PARTNERSHIP D/B/A VERIZON*STALE DTD~DK! | |

| | | |
|---|---|---|
| **SYNCHRONY BANK++** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RECOVERY MANAGEMENT SYSTEMS CORP | Court Claim Number: | ACCOUNT NO.:  2671 |
| 25 SE 2ND AVE STE 1120 | | |
| | CLAIM:  0.00 | |
| MIAMI, FL  33131-1605 | COMMENT:  NT ADR~WAL MART/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **WEST PENN POWER\*** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN BANKRUPTCY | Court Claim Number:4 | ACCOUNT NO.: 6930 |
| 5001 NASA BLVD | | |
| | CLAIM: 828.14 | |
| FAIRMONT, WV 26554 | COMMENT: 0169/SCH | |

| | | |
|---|---|---|
| **WESTMORELAND HOSPITAL** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 532 W. PITTSBURGH STREET | Court Claim Number: | ACCOUNT NO.: 1062 |
| | CLAIM: 0.00 | |
| GREENSBURG, PA 15601 | COMMENT: | |

| | | |
|---|---|---|
| **DR FRANK A YARUSSI++** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 308 | Court Claim Number: | ACCOUNT NO.: 1280 |
| | CLAIM: 0.00 | |
| PRESTO, PA 15142 | COMMENT: | |

| | | |
|---|---|---|
| **CBCS** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| PO BOX 2724 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43216-2724 | COMMENT: | |

| | | |
|---|---|---|
| **CBCS** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| PO BOX 2724 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43216-2724 | COMMENT: | |

| | | |
|---|---|---|
| **CCSI** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| PO BOX 34119 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| MEMPHIS, TN 38184 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **CITIFINANCIAL INC (NON-RE\*)++** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| POB 70923 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| CHARLOTTE, NC 28272-0923 | COMMENT: | |

| | | |
|---|---|---|
| **CREDIT MANAGEMENT CO** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15205-3956 | COMMENT: | |

| | | |
|---|---|---|
| **DEBT RECOVERY SOLUTIONS LLC** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| 6800 JERICHO TURNPIKE STE 113E | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| SYOSSET, NY 11791 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **ESCALLATE LLC** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| 5200 STONEHAM RD | Court Claim Number: | ACCOUNT NO.: |
| STE 200 | | |
| | CLAIM: 0.00 | |
| NORTH CANTON, OH 44720 | COMMENT: NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **IC SYSTEM INC** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 444 HIGHWAY 96 E | Court Claim Number: | ACCOUNT NO.: |
| POB 64378 | | |
| | CLAIM:  0.00 | |
| ST PAUL, MN  55164 | COMMENT: | |

| | | |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **MIDLAND FUNDING** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **NORTHLAND GROUP INC.** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| PO BOX 390905 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| MINNEAPOLIS, MN  55439 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **PEERLESS CREDIT SVC** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| POB 518 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| MIDDLETOWN, PA  17057 | COMMENT: | |

| | | |
|---|---|---|
| **PENN CREDIT CORP++** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| POB 988* | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17108 | COMMENT: | |

| | | |
|---|---|---|
| **PINNACLE CREDIT SERVICES LLC++** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| POB 640 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| HOPKINS, MN  55343 | COMMENT: | |

| | | |
|---|---|---|
| **PRA AG FUNDING LLC** | Trustee Claim Number:38  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| C/O PORTFOLIO RECOVERY ASSOC | Court Claim Number: | ACCOUNT NO.: |
| 120 CORPORATE BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23502 | COMMENT: | |

| | | |
|---|---|---|
| **STEPHENS AND MICHAELS ASSOCIATES** | Trustee Claim Number:39  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| PO BOX 109 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| SALEM, NH  03079-0109 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S** | Trustee Claim Number:40  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SHELLPOINT MORTGAGE SVCNG | Court Claim Number:6 | ACCOUNT NO.:  4324 |
| PO BOX 10826 | | |
| | CLAIM:  7,813.62 | |
| GREENVILLE, SC  29603-0826 | COMMENT:  CL6GOV*$/CL-PL*THRU 2/16*FR DITECH-DOC 75 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **JOSEPH A DESSOYE ESQ** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| PHELAN HALLINAN ET AL | Court Claim Number: | ACCOUNT NO.: |
| 1617 JFK BOULEVARD STE 1400 | | |
| ONE PENN CENTER PLAZA | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19103 | COMMENT:  DITECH FINANCIAL LLC/PRAE | |