## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  TIMOTHY R JENNINGS<br>NAOMI F JENNINGS | CASE NO: 16-20517 GLT<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 84 & 89<br>Hearing Date: January 21, 2021<br>Hearing Time: 11:00 a.m. |

On 12/22/2020, I did cause a copy of the following documents, described below,

Notice of Modification to Confirmed Plan, Amended Chapter 13 Plan Dated December 22, 2020, Proof of Payment and the Court's November 18, 2020, Order upon the Chapter 13 Trustee, Ronda J. Winnecour, by electronic mail and upon all creditors listed on  ECF Docket Reference No. 84 & 89

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/22/2020

/s/ Daniel R. White
Daniel R. White  78718
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TIMOTHY R JENNINGS<br>NAOMI F JENNINGS | CASE NO: 16-20517 GLT<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No. 84 & 89<br>Hearing Date: January 21, 2021<br>Hearing Time: 11:00 a.m. |

On 12/22/2020, a copy of the following documents, described below,

Notice of Modification to Confirmed Plan, Amended Chapter 13 Plan Dated December 22, 2020, Proof of Payment and the Court's November 18, 2020, Order upon the Chapter 13 Trustee, Ronda J. Winnecour, by electronic mail and upon all creditors listed on ECF Docket Reference No. 84 & 89

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/22/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
03152
CASE 16-20517-GLT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH
TUE DEC 22 11-43-53 EST 2020

AHN EMERGENCY GROUP OF FAYETTE COUNTY
PO BOX 14000
BELFAST ME 04915-4033

ADVANCED DISPOSAL
PO BOX 266
1184 MCCLELLANDTOWN ROAD
MCCLELLANDTOWN PA 15458-1118

CBCS
PO BOX 2724
COLUMBUS OH 43216-2724

CCSI
PO BOX 34119
MEMPHIS TN 38184-0119

CM/ECF E-SERVICE
CAPITAL ONE AUTO FINANCE
9441 LBJ FREEWAY SUITE 350
DALLAS TX 75243-4545

CM/ECF E-SERVICE
CAPITAL ONE AUTO FINANCE
CO AIS PORTFOLIO SERVICES LP FKA AIS
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

CAPITAL ONE AUTO FINANCE CO ASCENSION CAPIT
CO AIS PORTFOLIO SERVICES LP
4515 N SANTA FE AVE
DEPT APS
OKLAHOMA CITY OK 73118-7901

CITIFINANCIAL
BANKRUPTCY DEPARTMENT
PO BOX 140069
IRVING TX 75014-0069

COLUMBIA GAS
290 W NATIONWIDE BLVD 5TH FL
BANKRUPTCY DEPARTMENT
COLUMBUS OH 43215-4157

CREDIT MANAGEMENT COMPANY
2121 NOBLESTOWN ROAD
PO BOX 16346
PITTSBURGH PA 15242-0346

DEBT RECOVERY SOLUTIONS LLC
PO BOX 9004
WESTBURY NY 11590-9004

JOSEPH A DESSOYE
PHELAN HALLINAN DIAMOND JONES LLP
OMNI WILLIAM PENN OFFICE TOWER
555 GRANT STREET SUITE 300
PITTSBURGH PA 15219-4408

DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

CM/ECF E-SERVICE
DITECH FINANCIAL LLC
14841 DALLAS PARKWAY SUITE 300
DALLAS TX 75254-7883

CM/ECF E-SERVICE
DITECH FINANCIAL LLC
FKA GREEN TREE SERVICING LLC
PO BOX 6154
RAPID CITY SD 57709-6154

CM/ECF E-SERVICE
DITECH FINANCIAL LLC
DITECH BANKRUPTCY DEPARTMENT
PO BOX 6154
RAPID CITY SD 57709-6154

ELIZUR CORPORATION
9800 A MCKNIGHT ROAD
PITTSBURGH PA 15237-6003

ESCALLATE LLC
PO BOX 630906
CINCINNATI OH 45263-0906

FRANK A YARUSSI MD ASSOCIATES
PO BOX 308
PRESTO PA 15142-0308

JOSHUA I GOLDMAN
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

JOSHUA I GOLDMAN
PADGETT LAW GROUP
6267 OLD WATER OAK RD
SUITE 203
TALLAHASSEE FL 32312-3858

HIGHLANDS HOSPITAL
401 EAST MURPHY AVENUE
CONNELLSVILLE PA 15425-2700

HOME DEPOT
PO BOX 790328
SAINT LOUIS MO 63179-0328

IC SYSTEM INC
444 HIGHWAY 96 EAST
PO BOX 64378
SAINT PAUL MN 55164-0378

NAOMI F JENNINGS
162 NORTH 10TH STREET
CONNELLSVILLE PA 15425-2411

DEBTOR
TIMOTHY R JENNINGS
162 NORTH 10TH STREET
CONNELLSVILLE PA 15425-2411

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| LAUREL PHYSIATRY INC<br>159 B MORGANTOWN STREET<br>UNIONTOWN PA 15401-4228 | MCCABE WEISBERG  CONWAY<br>123 SOUTH BROAD STREETSUITE 1400<br>PHILADELPHIA PA 19109-1060 | LAURENCE A MESTER<br>MESTER  SCHWARTZ PC<br>1917 BROWN STREET<br>PHILADELPHIA PA 19130-2085 |
| MIDLAND CREDIT MANAGEMENT<br>8875 AERO DRIVESUITE 200<br>SAN DIEGO CA 92123-2255 | MIDLAND FUNDING<br>2365 NORTHSIDE DRIVESUITE 30<br>SAN DIEGO CA 92108-2709 | NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICI<br>SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 |
| NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICI<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 | CM/ECF E-SERVICE<br>BRIAN NICHOLAS<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | NORTHLAND GROUP INC<br>PO BOX 129<br>THOROFARE NJ 08086-0129 |
| CM/ECF E-SERVICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 | ONE MAIN FINANCIAL<br>PO BOX 140489<br>IRVING TX 75014-0489 | ORTHOPEDIC  SPORTS PT ASSOCIATES<br>PROFESSIONAL PLAZASUITE 107<br>625 LINCOLN AVENUE<br>NORTH CHARLEROI PA 15022-2451 |
| PEERLESS CREDIT SERVICES INC<br>PO BOX 518<br>MIDDLETOWN PA 17057-0518 | PENN CREDIT<br>916 SOUTH 14TH STREET<br>PO BOX 988<br>HARRISBURG PA 17108-0988 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 |
| PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PINNACLE CREDIT SERVICE<br>PO BOX 640<br>HOPKINS MN 55343-0640 | PINNACLE CREDIT SERVICES LLC ITS SUCCESSORS<br>ASSIGNS AS ASSIGNEE OF CELLCO PARTNERSHIP DBA VERIZON WIRELESS<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| PORANIA LLC<br>P O BOX 11405<br>MEMPHIS TN 38111-0405 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | RENT A CENTER<br>207 WAL MART DRIVE<br>UNIONTOWN PA 15401-8423 |
| STEPHENS  MICHAELS ASSOCIATES INC<br>7 STILES ROAD<br>SALEM NH 03079-4848 | UNIONTOWN HOSPITAL<br>500 WEST BERKELEY STREET<br>UNIONTOWN PA 15401-5596 | VELOCITY INVESTMENTS LLC<br>1800 ROUTE 34N SUITE 404A<br>WALL NJ 07719-9147 |
| VERIZON<br>ATTN BANKRUPTCY<br>500 TECHNOLOGY DRIVE<br>WELDON SPRING MO 63304-2225 | VERIZON WIRELESS BANKRUPTCY ADMIN<br>PO BOX 3397<br>BLOOMINGTON IL 61702-3397 | WALMARTSYNCHRONY BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF ELECTRONIC RECEIPT" RECEIVED NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| WEST PENN POWER<br>5001 NASA BLVD<br>FAIRMONT WV 26554-8248 | WEST PENN POWER<br>CUSTOMER SERVICE CENTER<br>PO BOX 1392<br>FAIRMONT WV 26555-1392 | WESTMORELAND HOSPITAL<br>532 WEST PITTSBURGH STREET<br>GREENSBURG PA 15601-2282 |

~~EXCLUDE~~
~~DANIEL R WHITE~~
~~ZEBLEY MEHALOV  WHITE PC~~
~~18 MILL STREET SQUARE~~
~~PO BOX 2123~~
~~UNIONTOWN PA 15401-1723~~

~~EXCLUDE~~
~~RONDA J WINNECOUR~~
~~SUITE 3250 USX TOWER~~
~~600 GRANT STREET~~
~~PITTSBURGH PA 15219-2702~~

THE FOLLOWING ENTITIES WERE SERVED VIA CM/ECF ELECTRONICALLY THROUGH THE U.S. BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Trustee)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

cmecf@chapter13trusteewdpa.com

(U.S. Trustee)
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

ustpregion03.pi.ecf@usdoj.gov

(Creditor)
NewRez LLC d/b/a Shellpoint Mortgage Servicing
Shellpoint Mortgage Servicing
P.O. Box 10826
GREENVILLE, SC 29603
represented by:
Joshua I. Goldman
Padgett Law Group
6267 Old Water Oak Rd.
Suite 203
Tallahassee, FL 32312

josh.goldman@padgettlawgroup.com

(Debtor)
Timothy R. Jennings
162 North 10th Street
Connellsville, PA 15425
represented by:
Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401U.S.A.

zmwchapter13@gmail.com

(Joint Debtor)
Naomi F. Jennings
162 North 10th Street
Connellsville, PA 15425
represented by:
Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401U.S.A.

zmwchapter13@gmail.com

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bnicholas@kmllawgroup.com

Joshua I. Goldman
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

jgoldman@kmllawgroup.com

(Creditor)
Ditech Financial LLC
represented by:
Joseph A. Dessoye
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219

pawb@fedphe.com

(Creditor)
Ditech Financial LLC
14841 Dallas Parkway, Suite 300
Dallas, TX 75254

(Creditor)
Capital One Auto Finance c/o Ascension Capital Group
c/o AIS Portfolio Services, LP
4515 N. Santa Fe Ave.
Dept. APS
Oklahoma City, OK 73118

(Creditor)
Capital One Auto Finance
represented by:
Laurence A. Mester
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130

lmester@mesterschwartz.com