IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>Timothy R. Jennings )<br>Naomi F. Jennings )<br>    Debtor(s) )<br>_____ )<br>Ronda J. Winnecour, Chapter 13 )<br>Trustee, )<br>    Movant, )<br>      Vs. )<br>Pinnacle Credit Services, LLC its )<br>successors and assigns as assignee of )<br>Cellco Partnership d/b/a Verizon )<br>    Respondent(s) ) | Case No.: 16-20517GLT<br>Chapter 13<br><br><br><br>Related to Claim No. 5 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the Court Order filed at Document number 92 upon the following, by regular United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Resurgent Capital Services
Attn: Latoya McDowell
P O Box 10587
Greenville, SC  29603-0368

Resurgent Capital Services
55 Beattie Place, #110
Greenville, PA  29601


1/14/2021                                          /s/Roberta Saunier

Date                                               Administrative Assistant
                                                   Office of the Chapter 13 Trustee
                                                   US Steel Tower – Suite 3250
                                                   600 Grant Street
                                                   Pittsburgh, PA  15219
                                                   (412) 471-5566
                                                   cmecf@chapter13trusteewdpa.com