Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Timothy R. Jennings** | : | Case No. 16−20517−GLT |
| **Naomi F. Jennings** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Docket No. 98 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 1st of November, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20517-GLT |
| Timothy R. Jennings | Chapter 13 |
| Naomi F. Jennings | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 3 |
| Date Rcvd: Nov 01, 2021 | Form ID: 309 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy R. Jennings, Naomi F. Jennings, 162 North 10th Street, Connellsville, PA 15425-2411 |
| cr | + | Ditech Financial LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Shellpoint Mortgage Servicing, P.O. Box 10826, GREENVILLE, SC 29603-0826 |
| 14179112 | | AHN Emergency Group of Fayette County, P.O. Box 14000, Belfast, ME 04915-4033 |
| 14179111 | + | Advanced Disposal, P.O. Box 266, 1184 McClellandtown Road, McClellandtown, PA 15458-1118 |
| 14179114 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14179115 | + | CCSI, P.O. Box 34119, Memphis, TN 38184-0119 |
| 14179117 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, 200 Civic Center Drive--11th Floor, Columbus, OH 43215 |
| 14179113 | + | Capital One Auto Finance, 9441 LBJ Freeway--Suite 350, Dallas, TX 75243-4545 |
| 14179119 | + | Debt Recovery Solutions, LLC, P.O. Box 9004, Westbury, NY 11590-9004 |
| 14257697 | | Ditech Financial LLC, F/K/A Green Tree Servicing LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14179121 | | Ditech Financial, LLC, Ditech Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14179122 | + | Elizur Corporation, 9800 A McKnight Road, Pittsburgh, PA 15237-6032 |
| 14179123 | | Escallate, LLC, P.O. Box 630906, Cincinnati, OH 45263-0906 |
| 14179124 | + | Highlands Hospital, 401 East Murphy Avenue, Connellsville, PA 15425-2700 |
| 14179127 | + | Laurel Physiatry, Inc., 159 B Morgantown Street, Uniontown, PA 15401-4228 |
| 14179128 | + | McCabe, Weisberg & Conway, 123 South Broad Street--Suite 1400, Philadelphia, PA 19109-1060 |
| 15171997 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14179131 | | Northland Group, Inc., P.O. Box 129, Thorofare, NJ 08086-0129 |
| 14179132 | | Orthopedic & Sports PT Associates, Professional Plaza--Suite 107, 625 Lincoln Avenue, North Charleroi, PA 15022-2451 |
| 14179133 | | Peerless Credit Services, Inc., P.O. Box 518, Middletown, PA 17057-0518 |
| 14179134 | | Penn Credit, 916 South 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14179138 | + | Stephens & Michaels Associates, Inc., 7 Stiles Road, Salem, NH 03079-4848 |
| 14179139 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 14179140 | + | Velocity Investments. LLC, 1800 Route 34N, Suite 404A, Wall, NJ 07719-9147 |
| 14179145 | + | Westmoreland Hospital, 532 West Pittsburgh Street, Greensburg, PA 15601-2282 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | | |
| | | | Nov 02 2021 04:18:00 | Capital One Auto Finance c/o Ascension Capital Gro, c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 14212399 | + | EDI: AISACG.COM | | |
| | | | Nov 02 2021 04:18:00 | Capital One Auto Finance, c/o AIS Portfolio Services, LP f/k/a AIS, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14179116 | | EDI: CITICORP.COM | | |
| | | | Nov 02 2021 04:18:00 | Citifinancial, Bankruptcy Department, P.O. Box |

Case 16-20517-GLT  Doc 104  Filed 11/03/21  Entered 11/04/21 00:31:48  Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: dbas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 01, 2021 | Form ID: 309 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 140069, Irving, TX 75014-0069 |
| 14179118 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 02 2021 00:28:00 | Credit Management Company, 2121 Noblestown Road, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14179120 | | EDI: DIRECTV.COM | Nov 02 2021 04:18:00 | Direct TV, P.O. Box 78626, Phoenix, AZ 85062-8626 |
| 14179125 | + | EDI: CITICORP.COM | Nov 02 2021 04:18:00 | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14179126 | + | EDI: IIC9.COM | Nov 02 2021 04:18:00 | IC System, Inc., 444 Highway 96 East, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14179129 | + | EDI: MID8.COM | Nov 02 2021 04:18:00 | Midland Credit Management, 8875 Aero Drive--Suite 200, San Diego, CA 92123-2255 |
| 14179130 | + | EDI: MID8.COM | Nov 02 2021 04:18:00 | Midland Funding, 2365 Northside Drive--Suite 30, San Diego, CA 92108-2709 |
| 14195060 | | EDI: AGFINANCE.COM | Nov 02 2021 04:18:00 | One Main Financial, P.O. Box 140489, Irving, TX 75014-0489 |
| 14179136 | | EDI: PRA.COM | Nov 02 2021 04:18:00 | Portfolio Recovery, 120 Corporate Boulevard--Suite 1, Norfolk, VA 23502 |
| 14179135 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 00:25:32 | Pinnacle Credit Service, P.O. Box 640, Hopkins, MN 55343-0640 |
| 14255202 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 00:25:32 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14179137 | + | Email/Text: bankruptcy@rentacenter.com | Nov 02 2021 00:28:00 | Rent-a-Center, 207 Wal Mart Drive, Uniontown, PA 15401-8423 |
| 14179141 | + | EDI: VERIZONCOMB.COM | Nov 02 2021 04:18:00 | Verizon, Attn: Bankruptcy, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 14179142 | | EDI: VERIZONCOMB.COM | Nov 02 2021 04:18:00 | Verizon Wireless Bankruptcy Admin., P.O. Box 3397, Bloomington, IL 61702-3397 |
| 14179143 | | EDI: RMSC.COM | Nov 02 2021 04:18:00 | Walmart/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14179144 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 02 2021 00:28:00 | West Penn Power, Customer Service Center, P.O. Box 1392, Fairmont, WV 26555-1392 |
| 14215282 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 02 2021 00:28:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Capital One Auto Finance |
| cr | | Ditech Financial LLC |
| 14211283 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of PA, P.O. Box 117, Columbus, OH 43216 |
| 14179146 | ## | Frank A. Yarussi, M.D. & Associates, P.O. Box 308, Presto, PA 15142-0308 |
| 14212442 | ##+ | Porania LLC, P. O. Box 11405, Memphis TN 38111-0405 |

TOTAL: 2 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 3 |
| Date Rcvd: Nov 01, 2021 | Form ID: 309 | Total Noticed: 45 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2021            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Joint Debtor Naomi F. Jennings sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Daniel R. White | on behalf of Debtor Timothy R. Jennings sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Joseph A. Dessoye | on behalf of Creditor Ditech Financial LLC pawb@fedphe.com |
| Joshua I. Goldman | on behalf of Creditor Ditech Financial LLC jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Joshua I. Goldman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| Laurence A. Mester | on behalf of Creditor Capital One Auto Finance lmester@mesterschwartz.com jschwartz@mesterschwartz.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9