**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    TIMOTHY R. JENNINGS
    NAOMI F. JENNINGS
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Respondents.

Case No.:16-20517 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 02/17/2016  and confirmed on 04/15/2016 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 60,107.10 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 60,102.10 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,000.00 | |
|     Trustee Fee | 2,803.23 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,803.23 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG/ | 0.00 | 33,543.30 | 0.00 | 33,543.30 |
|     Acct: 4324 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG/ | 7,813.62 | 2,417.83 | 0.00 | 2,417.83 |
|     Acct: 4324 | | | | |
|   RENT A CENTER INC | 698.23 | 92.84 | 226.53 | 319.37 |
|     Acct: 1929 | | | | |
|   CAPITAL ONE AUTO FINANCE** | 16,171.85 | 16,171.85 | 1,846.52 | 18,018.37 |
|     Acct: 6836 | | | | |
| | | | | 54,298.87 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TIMOTHY R. JENNINGS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TIMOTHY R. JENNINGS | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| ZEBLEY MEHALOV & WHITE PC | 3,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ADVANCED DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0448 | | | | |
| AHN EMERGENCY GROUP OF FAYETTE C | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6385 | | | | |
| COLUMBIA GAS OF PA INC(*) | 2,837.64 | 0.00 | 0.00 | 0.00 |
|     Acct: 0093 | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8001 | | | | |
| ELIZUR CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9138 | | | | |
| HIGHLANDS HOSPITAL & HEALTH CT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| GE CAPITAL/HOME DEPOT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6099 | | | | |
| LAUREL PSYCHIATRY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: A000 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| ORTHOPEDIC & SPORTS PT ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6589 | | | | |
| UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| VELOCITY INVESTMENTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 15CV | | | | |
| PORANIA LLC | 265.75 | 0.00 | 0.00 | 0.00 |
|     Acct: 5504 | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1422 | | | | |
| PINNACLE CREDIT SERVICES LLC - ASSIG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2671 | | | | |
| WEST PENN POWER* | 828.14 | 0.00 | 0.00 | 0.00 |
|     Acct: 6930 | | | | |
| WESTMORELAND HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1062 | | | | |
| DR FRANK A YARUSSI++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1280 | | | | |
| MCCABE WEISBERG & CONWAY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| CCSI++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| CITIFINANCIAL INC (NON-RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| DEBT RECOVERY SOLUTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 16-20517 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   ESCALLATE LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEERLESS CREDIT SVC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PINNACLE CREDIT SERVICES LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEPHENS AND MICHAELS ASSOCIATES+ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\*\*\*NONE\*\*\*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 54,298.87 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 24,683.70 |
| UNSECURED | 3,931.53 |

Date: 12/14/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com